# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK DIVISION

| | |
|---|---|
| Mary Janoff,<br><br>    Plaintiff,<br><br>v.<br><br>NorthStar Location Services, LLC,<br><br>    Defendant. | Case No. 2:09-cv-04114-WJM-MF<br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)(1)(A)(i), with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: */s/ Alana M. Carrion*
Alana M. Carrion
17 Academy Street, Suite 615
Newark, NJ 07102
Tel: 1.866.339.1156
Fax: 1.312.822.1064
Email: axc@legalhelpers.com
*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail.

NorthStar Location Services, LLC
4285 Genesee St.
Cheektowaga, NY 14225

*/s/ Richard J. Meier*